## CASE ANNOUNCEMENTS
### *April 21, 2008*

[Cite as *04/21/2008 Case Announcements*, 2008-Ohio-1878.]

## MOTION AND PROCEDURAL RULINGS

2007–1640.  State v. Roddy.
Cuyahoga App. No. 88759, 2007-Ohio-4015. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee's motion for appointment of counsel,

It is ordered by the court that the motion is granted.

It is further ordered by the court that John Martin of the Cuyahoga County Public Defender's Office is appointed to represent appellee. Appellee's brief is due 30 days from the date of this entry.